

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2014

No. 04-13-00232-CV

**IN RE** Alberto Roman **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Rebeca C. Martinez, Justice

      On May 2, 2014, Alberto Roman Gonzalez filed a "Motion to Set" requesting a hearing. This court has previously determined that it is without jurisdiction in this original proceeding. Accordingly, relator's motion is DISMISSED FOR LACK OF JURISDICTION.

      It is so **ORDERED** on May 6th, 2014.          PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle
                  Clerk of Court



---

[1] There is no pending trial court proceeding.